NOT DESIGNATED FOR PUBLICATION

# STATE OF LOUISIANA
# COURT OF APPEAL, THIRD CIRCUIT

## 04-448

**STATE OF LOUISIANA**

**VERSUS**

**DAVID A. JONES**

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 95550
HONORABLE EDWARD D. RUBIN, DISTRICT JUDGE

**********

**JOHN B. SCOFIELD**
**JUDGE**

**********

Court composed of Sylvia R. Cooks, Marc T. Amy, and John B. Scofield, Judges.

AFFIRMED AND REMANDED WITH INSTRUCTIONS.

**Michael Harson**
**P.O. Box 3306**
**Lafayette, LA 70502-3306**
**Counsel for Appellee**
  **State of Louisiana**

**Edward Kelly Bauman**
**P. O. Box 1641**
**Lake Charles, LA 70602-1641**
**Counsel for Defendant-Appellant**
  **David A. Jones**

**David A. Jones**
**Louisiana State Prison**
**Camp D, Falcon 3**
**Angola, LA 70712**
  **Pro Se**